**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:13-cr-00006
Assigned To : Roberts, Richard W.
Assign. Date :
Description: INFORMATION (A)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO** |
| v. | : | |
| **VICTOR M. PALMA, JR.,** | : | VIOLATIONS |
| Defendant. | : | 18 U.S.C. 2423(b) |
| | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct) |
| | : | 18 U.S.C. 2252A(a)(2) |
| | : | (Distribution of Child Pornography) |
| | : | 18 U.S.C. 2252A(a)(5)(B) |
| | : | (Possession of Child Pornography) |

Amended Superseding **INFORMATION**

**FILED**

FEB - 1 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The United States Attorney charges that:

**COUNT ONE**

On or about November 2, 2012, in the District of Columbia, the defendant, **VICTOR M. PALMA, JR.**, knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 28 U.S.C. § 2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. **(Travel with Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b))**

1

## COUNT TWO

Between on or about September 19, 2012, and on or about October ~~18~~ 30, 2012, in the District of Columbia, the defendant, **VICTOR M. PALMA, JR.**, did knowingly distribute images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items depicted prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer. (**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(2))

## COUNT THREE

On or about ~~October 18, 2012~~ November 2, 2012, in the District of Columbia, the defendant, **VICTOR M. PALMA, JR.**, did knowingly possess 600 or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items depicted prepubescent minors or minors under the age of twelve years, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate

or foreign commerce by any means, including by computer. (**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(5)(B))

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

_____
CASSIDY KESLER PINEGAR
Assistant United States Attorney
DC Bar No. 490163
U.S. Attorney's Office
555 4th Street, N.W., Room 10-812
Washington, D.C. 20530
202-252-7765
Cassidy.Pinegar@usdoj.gov